IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ANDY CHUNG,

        Plaintiff,

  vs.

P.S.R.B.
(Psychiatric Security Review Board),

        Defendant.

No. 6:14-cv-156-AA
ORDER TO SHOW CAUSE

AIKEN, Chief Judge:

    Plaintiff filed this action, pro se, on January 28, 2014. His application to proceed in forma pauperis (doc. 1) was confirmed (6); and his motion for appointment of counsel (doc. 3) was denied (doc. 10). On February 24, 2014, plaintiff was

1 - ORDER TO SHOW CAUSE

reminded to either deliver the summons to the U.S. Marshal's for service or forward to the Clerk of Court for delivery to the U.S. Marshal's Service. Plaintiff was reminded again on April 17, 2014. Those reminders failed to elicit any action or response from plaintiff. The Clerk's Office has also spoken to plaintiff at least twice with similar reminders.

Recently, this court has tried numerous times to contact plaintiff directly via the telephone number he provided the court, however, the number is forwarded to a "full" voicemail box. There has been no action by plaintiff in this matter for over six months despite repeated attempts by this court to contact the plaintiff. Upon filing the initial Complaint and the two motions referenced above, plaintiff has done nothing further in this matter; nor has he responded to repeated inquiries by this court.

Therefore, the court issues this Order to Show Cause giving plaintiff until July 9, 2014, to provide the summons to either the Clerk's Office or the U.S. Marshal's for service. If this deadline is not complied with, this matter will be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated this 18 day of July 2014.

_____
Ann Aiken
United States District Judge

2 - ORDER TO SHOW CAUSE